# United States District Court

EASTERN DISTRICT OF WISCONSIN

MCDONALD LUMBER COMPANY, INC.,

      Plaintiff,

v.

CITICAPITAL TRAILER RENTAL, INC.,

      Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case No. 06-C-770

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the motions for summary judgment are granted in part and denied in part and damages are awarded to McDonald against Citicapital for the sum of $3,369.73, together with statutory costs.

Approved:     s/ William C. Griesbach
                    WILLIAM C. GRIESBACH
                    United States District Judge

Dated: November 29, 2007.

                    JON W. SANFILIPPO
                    Clerk of Court

                    s/ Mary E. Conard
                    (By) Deputy Clerk